**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)*: _____    Chapter **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **MSHinges.com** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Aerospace Machine & Supply** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **88-0430733** |
| 4. | Debtor's address | **Principal place of business**<br><br>**2937 N. Lamb Blvd.**<br>**Las Vegas, NV 89115**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.mshinges.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **MSHinges.com**_____   Case number (*If known*)_____
       Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ■ None of the above

B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
___

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

    ☐ Chapter 7
    ☐ Chapter 9
    ■ Chapter 11. *Check all that apply:*

        ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
        ☐ A plan is being filed with this petition.
        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12
___

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ■ No. ☐ Yes. |
|---|---|---|

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor  **MSHinges.com**                                             Case number (if known) _____
        Name

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

11. Why is the case filed in this district?
    Check all that apply:
    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?
    ■ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    Why does the property need immediate attention? (Check all that apply.)
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____

    Where is the property? _____
                          Number, Street, City, State & ZIP Code
    Is the property insured?
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

**Statistical and administrative information**

13. Debtor's estimation of available funds
    Check one:
    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. Estimated number of creditors
    ■ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. Estimated Assets
    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million
    ■ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

16. Estimated liabilities
    ☐ $0 - $50,000
    ■ $1,000,001 - $10 million
    ☐ $500,000,001 - $1 billion

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 3

Debtor   **MSHinges.com**_____   Case number (*if known*) _____
       Name

       ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
       ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
       ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor  **MSHinges.com**  Case number (*if known*)
      Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 25, 2024**
                  MM / DD / YYYY

X _/s/ signature_
Signature of authorized representative of debtor

**Douglas B. Silva**
Printed name

Title    **President**

**18. Signature of attorney**

X _/s/ signature_
Signature of attorney for debtor

Date    **October 25, 2024**
        MM / DD / YYYY

**Matthew C. Zirzow 7222**
Printed name

**Larson & Zirzow, LLC**
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone    702-382-1170      Email address    mzirzow@lzlawnv.com

**7222 NV**
Bar number and State

## UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS
## OF MSHINGES.COM, a Nevada corporation

The undersigned, being the sole officer, director and shareholder of MSHINGES.COM, a Nevada corporation, d/b/a Aerospace Machine & Supply (the "Company"), hereby approves and adopts the following resolutions effective as of October 25, 2024:

RESOLVED that in the judgment of the undersigned, and upon the advice of bankruptcy counsel to the Company, it is desirable and in the best interests of the Company and its creditors that a voluntary petition for relief be filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby.

RESOLVED that Douglas B. Silva (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statement of financial affairs, and any amendments thereto under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the U.S. Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary on behalf of the Company in connection with such bankruptcy case.

RESOLVED that the law firm of LARSON & ZIRZOW, LLC is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case of the Company, and its legal representation agreement is approved.

RESOLVED that the Responsible Person is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all papers, and to take and perform any and all further acts and deeds which he deems appropriate to commence the chapter 11 case and proceed therewith to conclusion.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 11 case be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, being the sole Director of the Company, by execution hereof, hereby approves this Written Consent as of the date first above written.

MSHINGES.COM.,
a Nevada corporation

By: _____
Douglas B. Silva
Its: Sole Officer and Director

Fill in this information to identify the case:

Debtor name: **MSHinges.com**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10-25-2024         X /s/ Douglas B. Silva
                                Signature of individual signing on behalf of debtor

                                Douglas B. Silva
                                Printed name

                                President
                                Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **MSHinges.com**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wells Fargo Bank, N.A. Attn: Bankr. Dep't/Managing Agent 420 Montgomery St. San Francisco, CA 94163 | | Business Line of Credit, Account No. *1061 | | | | $22,767.81 |
| Nevada DETR Attn: Bankruptcy Department 500 East 3rd St. Carson City, NV 89713 | | Unemployment | | | | $9,600.00 |
| Wells Fargo Bank, N.A. Attn: Bankr. Dep't/Managing Agent 420 Montgomery St. San Francisco, CA 94163 | | Business Credit Card, Account No. *8214 | | | | $6,845.60 |
| Wells Fargo Bank, N.A. Attn: Bankr. Dep't/Managing Agent 420 Montgomery St. San Francisco, CA 94163 | | Business Credit Card, Account No. *8206 | | | | $656.05 |
| Cox Business Attn: Bankr. Dep't/Managing Agent Department # 102276 P.O. Box 1259 Oaks, PA 19456 | | Utility | | | | $0.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor  **MSHinges.com**   Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service<br>Attn: Bankruptcy Department<br>P.O. Box 7346<br>Philadelphia, PA 19101 | | Payroll Taxes | | | | $0.00 |
| NV Energy<br>Attn: Bankr. Dep't /<br>Managing Agent<br>P.O. Box 30086<br>Reno, NV 89520 | | Utility | | | | $0.00 |
| Southwest Gas<br>Attn: Bankr. Dep't /<br>Managing Agent<br>P.O. Box 98890<br>Las Vegas, NV 89193-8890 | | Utility | | | | $0.00 |
| UFS West LLC<br>Attn: Bankr. Dep't/Managing Agent<br>71 S. Central Ave.<br>Valley Stream, NY 11580 | | All accounts | Disputed | $30,000.00 | Unknown | Unknown |

## United States Bankruptcy Court
### District of Nevada

In re: **MSHinges.com**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Douglas B. Silva<br>28338 Constellation Rd., Unit 970<br>Valencia, CA 91355 | Common | 100% | Shares |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 25, 2024**

Signature _Douglas B. Silva_

Penalty for making a false statement of concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of Nevada**

In re  **MSHinges.com**  
                                    Debtor(s)

Case No. _____  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **MSHinges.com** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October 25, 2024  
Date

*/s/ Matthew C. Zirzow*  
Matthew C. Zirzow 7222  
Signature of Attorney or Litigant  
Counsel for **MSHinges.com**  
Larson & Zirzow, LLC  
850 E. Bonneville Ave.  
Las Vegas, NV 89101  
702-382-1170 Fax:702-382-1169  
mzirzow@lzlawnv.com

**United States Bankruptcy Court**
**District of Nevada**

In re   MSHinges.com
　　　　　　　　　Debtor(s)

Case No.　　　　　　　
Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   October 25, 2024

Douglas B. Silva/President
Signer/Title

MSHinges.com
2937 N. Lamb Blvd.
Las Vegas, NV 89115

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

U.S. Small Business Administration
Attn: Bankruptcy Dept/Managing Agent
409 3rd St., SW
Washington, DC 20416

Cox Business
Attn: Bankr. Dep't/Managing Agent
Department # 102276
P.O. Box 1259
Oaks, PA 19456

Internal Revenue Service
Attn: Bankruptcy Department
P.O. Box 7346
Philadelphia, PA 19101

PMC Financial Services Group, LLC
3816 East La Palma Ave.
Anaheim, CA 92807

UFS West LLC
Attn: Bankr. Dep't/Managing Agent
71 S. Central Ave.
Valley Stream, NY 11580

Bernard & Linda Sandler, Trustees
Sandler Trust dtd 9/13/91
c/o Fidelty Mortgage Lenders, Inc.
11952 Wilshire Blvd.
Los Angeles, CA 90025

Fidelity Mortgage Lenders, Inc.
c/o Peak Foreclosure Services, Inc.
Attn: Bankr. Dep't/Managing Agent
5900 Canoga Ave., #420
Woodland Hills, CA 91367

Gary Halcomb
28626 N. Cedar Canyon Ct.
Santa Clarita, CA 91390

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept. of Taxation
Attn: Commerce Tax Nonremittance
P.O. Box 51133
Los Angeles, CA 90051-5433

Fidelity Mortgage Lenders, Inc.
Prime Source Commercial
Attn: Bankr Dep't/Managing Agent
11952 Wilshire Blvd.
Los Angeles, CA 90025-6608

Nevada DETR
Attn: Bankruptcy Department
500 East 3rd St.
Carson City, NV 89713

Southwest Gas
Attn: Bankr. Dep't / Managing Agent
P.O. Box 98890
Las Vegas, NV 89193-8890

Wells Fargo Bank, N.A.
Attn: Bankr. Dep't/Managing Agent
420 Montgomery St.
San Francisco, CA 94163

California Dep't of Tax & Fee Admin.
Account Info Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

Fidelity Nat'l Title Ins. Co.
Attn: Bankr Dep't/Managing Agent
Re: Trustee's Sale No. 24-00173-2FNT
5170 Golden Foothill Pkwy, #130
El Dorado Hills, CA 95762

Lewis Roca Rothgerber & Christie
Attn: Ogonna M. Brown, Esq.
3993 Howard Hughes Pkwy, #600
Las Vegas, NV 89169

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Social Security Administration
Office of the General Counsel
Office of Program Lit. Attn: Bankrup
6401 Security Blvd.
Baltimore, MD 21235

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155-1220

Gary Halcomb
3888 Millikin Rd.
Hamilton, OH 45011

NV Energy
Attn: Bankr. Dep't / Managing Agent
P.O. Box 30086
Reno, NV 89520

U.S. Small Business Administration
Attn: Office of General Counsel
312 N. Spring St., 5th Floor
Los Angeles, CA 90012

Aircraft Hinge, Inc.
Attn: Douglas B. Silva, President
28338 Constellation Rd., # 970
Valencia, CA 91355

Douglas B. Silva
28338 Constellation Rd., Unit 970
Valencia, CA 91355

Gary Halcomb
26623 Macmillan Ranch Rd.
Canyon Country, CA 91387

Martin Leonard Kove, Trustee
Chocoville Trust dtd 3/28/22
c/o Fidelity Mortgage Lenders, Inc.
11952 Wilshire Blvd.
Los Angeles, CA 90025

Nevada Dep't of Taxation
Attn: Bankruptcy Section
700 E. Warm Springs Rd., Suite 200
Las Vegas, NV 89119

Pacific Premier Trust, Custodian
FBO James Neil Williby, IRA
c/o Fidelity Mortgage Lenders, Inc.
Los Angeles, CA 90025

PMC Financial Services Group, LLC
c/o Buchalter
1000 Wilshire Blvd., #1500
Los Angeles, CA 90017-1730

U.S. Attorney's Office-Nevada
Attn: Civil Process Clerk
501 Las Vegas Blvd., So., Ste. 1100
Las Vegas, NV 89101

U.S. Small Business Administration
Attn: Bankr Dep't/Managing Agent
10737 Gateway West, #300
El Paso, TX 79935

UFS West, LLC
c/o Platinum Agent Services,
as Registered Agent
99 W. Hawthorne Ave, # 408
Valley Stream, NY 11580

United States Trustee
300 Las Vegas Blvd., South #4300
Las Vegas, NV 89101

Wells Fargo Business
Attn: Bankr. Dep't/Managing Agent
P.O. Box 29482
Phoenix, AZ 85038